# ALABAMA COURT OF CRIMINAL APPEALS



January 12, 2024

**CR-2022-0957**
James Leon Smith v. State of Alabama (Appeal from Wilcox Circuit Court: CC-16-29)

## NOTICE

You are hereby notified that on January 12, 2024, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk